IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| RE: ANDRETTA RUTH MCCANTS and WOODROW R. MCCANTS | CHAPTER 13 CASE NO. 09-10545-WSS-13 |
| DEBTORS. | |

## MOTION FOR RELIEF FROM STAY

COMES NOW a Creditor in this cause, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS AS NOMINEE FOR CITIMORTGAGE, INC., by and through its undersigned attorney, and respectfully moves this Honorable Court to enter an Order lifting the automatic stay to allow said Creditor to proceed with foreclosure. For cause, said party submits the following:

1. ANDRETTA RUTH MCCANTS and WOODROW R. MCCANTS filed a Petition under Chapter 13 of the United States Bankruptcy Code on or about February 6, 2009.

2. Movant is the holder of a secured claim against the Debtors, ANDRETTA RUTH MCCANTS and WOODROW R. MCCANTS, for the original principal amount of $73,150.00.

3. Movant has a valid security interest by virtue of a mortgage in, or lien on, the following real property used to secure the repayment of said debt:

    Lot 35, Carlisle, Unit Five as recorded in Map Book 32, page 112 in the Office of Judge of Probate, Mobile County, Alabama.

4. The Debtors' account with Movant is delinquent for the post-petition payments due February 2009, and thereafter. No post-petition payments have been received since the filing of the Bankruptcy Petition. According to the Debtors' Chapter 13 plan, upon confirmation said property will be surrendered.

5. Movant does not have, and has not been offered, adequate protection for its interest in the real property subject to said Mortgage.

6. Movant, as holder of the mortgage, considers its interest in said real property to be threatened by Debtors' failure and refusal to pay current regular monthly payments as required in the mortgage.

7. Debtors have no realizable equity in the real property described above.

8. Movant, as holder of the mortgage, has no reasonable prospects for protection of its interest other than through foreclosure.

9. If the Movant is not permitted to foreclose its lien or security interest in said property, it will suffer irreparable injury, loss and damage.

10. The Note and Mortgage evidencing the debt owed and the security interest therein allow for recovery of reasonable attorney fees and costs. The Creditor herein has been required to expend attorney fees and costs in initiating and prosecuting this Motion for Relief in the amount of $700.00.

WHEREFORE, Movant further prays that, upon final hearing of this Motion for Relief from Stay, this Honorable Court would enter an order lifting the stay immediately, awarding the Creditor fees and costs associated with this Motion for Relief from Stay, and, further, that the Court order the ten day stay of Rule 4001 (a)(3) of the Federal Rules of Bankruptcy Procedure shall not apply.

OF COUNSEL:
STEPHENS, MILLIRONS, HARRISON      BY:   /S/STEVEN J. SHAW
& GAMMONS                                STEVEN J. SHAW, SHAWS 2556
2430 L&N Drive                           Attorney for Movant
P.O. Box 307
Huntsville, Alabama 35804
(256)533-7711

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the Debtors, ANDRETTA R. MCCANTS and WOODROW R. MCCANTS, 3070 Meadow Lane, Mobile, Alabama 36618, and the attorney of record for Debtors, EARL P. UNDERWOOD JR., 21 South Section Street, Fairhope, Alabama 36532-2106, and the trustee of record for Debtors, JOHN C. MCALEER, Post Office Box 1884, Mobile, Alabama 36633, by forwarding a copy of the same to said by U.S. Mail, properly addressed with postage prepaid.

Dated this 18th day of September, 2009.

/S/STEVEN J.SHAW
STEVEN J. SHAW