UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:     CASE NO. 09-10545-WSS-13
    ANDRETTA RUTH MCCANTS
    WOODROW R. MCCANTS
        DEBTORS

## TRUSTEE'S MOTION TO DISMISS

John C. McAleer, III, Trustee in this Chapter 13 proceeding, respectfully moves the Court for an order dismissing this case for failure of the Debtors to file the following document(s) as required:

    Failure to file a summary of amendments to reflect the approved language in paragraph 12(e) of plan concerning debtors lawsuit

WHEREFORE, the Trustee moves the Court for an order dismissing this case with an injunction period of 90 days or for other orders as the Court deems appropriate.

DATED: October 28, 2009             /s/ JOHN C. MCALEER III, TRUSTEE
                                                                                  JOHN C. MCALEER III, TRUSTEE
                                                                                  CHAPTER 13 TRUSTEE

## CERTIFICATE OF SERVICE

I certify that on October 28, 2009, I served a copy of the above motion to the parties listed below either electronically or by U.S. mail.

UNITED STATES BANKRUPTCY CLERK

| | |
|---|---|
| ANDRETTA RUTH MCCANTS | EARL P. UNDERWOOD, JR |
| WOODROW R. MCCANTS | 21 S. SECTION ST |
| 3070 MEADOW LANE | FAIRHOPE, AL 36532 |
| MOBILE, AL 36618 | |

                                                                                  /s/ JOHN C. MCALEER III, TRUSTEE
                                                                                  JOHN C. MCALEER III, TRUSTEE
                                                                                  CHAPTER 13 TRUSTEE